1 **AMBER A. BAYLOR**
California State Bar No. 248196
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Amber_Baylor@fd.org

5 Attorneys for Mr. Loza-Salazar

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ8849-PCL |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| FELICIANO LOZA-SALAZAR, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: October 17, 2007      /s/ *Amber Baylor*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Loza-Salazar
Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  October 17, 2007              /s/ *Amber Baylor*
                                      Federal Defenders of San Diego, Inc.
                                      225 Broadway, Suite 900
                                      San Diego, CA  92101-5030
                                      (619) 234-8467  (tel)
                                      (619) 687-2666  (fax)
                                      E-mail: Amber_Baylor@fd.org