FILED
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3037-JLS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| FELICIANO LOZA-SALAZAR, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about October 13, 2007, within the Southern District of California, defendant FELICIANO LOZA-SALAZAR, did knowingly and intentionally import approximately 32.84 kilograms (approximately 72.24 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 8, 2007 .

KAREN P. HEWITT
United States Attorney

*[signature]*

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:Imperial
11/8/07