AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

Feliciano Loza - Salazar

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3037-JLS

I, __Feliciano Loza - Salazar__, the above named defendant, who is accused of

21 USC 952, 960
Importation of Marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __11/8/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

FILED
NOV - 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*