**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Candis_Mitchell@fd.org

Attorneys for Mr. Loza-Salazar

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07CR3037-JLS |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS LEAD ATTORNEY** |
| FELICIANO LOZA-SALAZAR, | |
| Defendant. | |

Notice is hereby given by CANDIS L. MITCHELL, Federal Defenders of San Diego, Inc., that:

\*\* I am replacing AMBER A. BAYLOR, as lead counsel on this case.

Respectfully submitted,

Dated: February 5, 2008           /s/  *Candis Mitchell*
                                  **CANDIS L. MITCHELL**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Mr. Loza-Salazar
                                  Candis_Mitchell@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: February 5, 2008         /s/ *Candis Mitchell*
**CANDIS L. MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Candis_Mitchell@fd.org